**Order of Reinstatement filed August 4, 2015.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00414-CV

_____

**IN RE SOUTHERN AMERICAN INSURANCE AGENCY, INC., AL MCCLURE, DALINA ST. LAWRENCE, AND GWEN CROSBY, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-58394**

---

## ORDER

On May 7, 2015, relators Southern American Insurance Agency, Inc., Al McClure, Dalina St. Lawrence, and Gwen Crosby (the "Southern American relators") filed a petition for writ of mandamus in this court. Relators Hull and

Company, Inc., Karen Noyes, and Cindy Winchcombe (the "Hull relators") subsequently joined in the petition for writ of mandamus.

On May 13, 2015, this court requested a response to the petition for writ of mandamus. On May 22, 2015, the real parties in interest filed an agreed motion for extension of time to file their response, as the parties intended to mediate. This court granted the motion, and extended the deadline for the real parties to respond until July 15, 2015.

On July 14, 2015, the real parties in interest filed a second agreed motion for extension of time to file their response based on a settlement between the parties. We instead ordered this proceeding abated, treated as a closed case, and removed from this court's active docket until October 15, 2015 or such time as any party filed a motion to dismiss the original proceeding or supplemented the mandamus record to include the trial court's order dismissing the underlying suit.

On July 24, 2015, the Hull relators filed a motion to lift the abatement order, informing this court that only the Southern American relators had reached a settlement agreement with the real parties, and that the Hull relators intend to proceed with their petition for writ of mandamus.

Accordingly, we grant the Hull relators' motion, lift the abatement, and ORDER that this original proceeding is reinstated on this court's active docket. Any response to relators' petition is now due on August 14, 2015.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan.